UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE.: | CASE NO.: 17-31250 (AMN) |
| VINCENT ROSARBO & ANGELINA ROSARBO | ADVERSARY PROCEEDING NO.: 17-03013 (ANW) |
| DEBTORS | |

---

| | |
|---|---|
| N.V.E., INC., | |
|     Plaintiff | |
| v. | |
| VINCENT ROSARBO, | SEPTEMBER 18, 2017 |
|     Defendant | |

---

## <u>*ANSWER OF DEFENDANT, VINCENT ROSARBO*</u>

The defendant, Vincent Rosarbo, by and through counsel hereby files his answer as follows:

### JURISDICTION AND VENUE:

    1-3.    Admitted

**THE PARTIES:**

4. Defendant has insufficient knowledge and leaves Plaintiff to its proof.

5. Admitted

**FACTUAL ALLEGATIONS:**

6-8. Defendant has insufficient knowledge and leaves Plaintiff to its proof.

9. Denied.

10-11. Defendant has insufficient knowledge and leaves Plaintiff to its proof.

12. Admitted

13-15. Denied.

16. Defendant has insufficient knowledge and leaves Plaintiff to its proof.

17. Denied.

18-20. Admitted.

21. Denied.

22-23. Defendant has insufficient knowledge and leaves Plaintiff to its proof.

24. Denied.

25-27. Admitted.

**CAUSES OF ACTION:**

**FIRST CAUSE OF ACTION:**

1-28. Defendant incorporates by reference each of the answers to the foregoing

paragraphs 1-27, as if set forth again in full.

29-31  Denied.

**SECOND CAUSE OF ACTION:**

1-32.  Defendant incorporates by reference the answers to each of the foregoing paragraphs 1-31, as if set forth again in full.

33-36. Denied.

**THIRD CAUSE OF ACTION:**

1-37.  Defendant incorporates by reference the answers to each of the foregoing paragraphs 1-36, as if set forth again in full.

38-39. Denied.

By: _____
David G. Volman
Law Offices of David G. Volman
45 Huntington Plaza
Shelton, CT 06484
(203) 929-7771
Juris Number: 428307

## *CERTIFICATION OF SERVICE*

      This is to certify that a copy of the foregoing Answer was mailed postage paid on September 18, 2017 to the following:

Thomas Sansone
P.O. Box 1950
New haven, CT 06509

Trustee Kara Rescia
200 North Main Street, East 14
East Longmeadow, MA 01028

United States Trustee
105 Court Street
New Haven, CT 06511

_____
Attorney David G. Volman