UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
(NEW HAVEN DIVISION)

| | |
|---|---|
| IN RE:<br><br>VINCENT ROSARBO & ANGELINA ROSARBO,<br><br>Debtors | Case No. 3:17-BK-31250<br>(AMN)<br><br>ADVERSARY PROCEEDING NO.:<br>17-03013 |
| N.V.E., INC.,<br><br>Plaintiff<br><br>v.<br><br>VINCENT ROSARBO,<br><br>Defendant. | September 6, 2017 |

### AMENDED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to L.Civ.R. 83.1 and D.Conn. LBR 1001(a) of the United States District Court for the District of Connecticut, the undersigned, Thomas J. Sansone, of the firm of Carmody Torrance Sandak & Hennessey LLP, moves the Court to admit James W. Boyan III to appear in this cause as counsel for N.V.E., Inc., the Plaintiff in the above-captioned adversary proceeding.

In support of this Motion, the movant states that:

**ORDER**

ECF No. 10 is denied without prejudice to reconsideration upon the filing of an amended affidavit identifying the applicant's bar identification numbers in other jurisdictions (see, D.Conn.L.Civ.R. 83.1(d)(1)(b)) and a statement compliant with D.Conn.L.Civ.R. 83.1(d)(1)(c).

Dated this 20th day of September, 2017, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut